**TONI JARAMILLA, A Professional Law Corp.**
Toni J. Jaramilla, Esq. (SBN 174625)
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 551-3020 | F: (310) 551-3019
E-mail: Toni@tjjlaw.com

**ALEXANDER MORRISON + FEHR LLP**
J. Bernard Alexander, III (State Bar No. 128307)
Britt L. Karp (State Bar No. 278623)
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888 | F: (310) 394-0811
E: balexander@amfllp.com | bkarp@amfllp.com

Attorneys for Plaintiffs
MALIK AARON and GREGORY KIM, a minor
by and through his guardian ad litem, Angel Refuerzo

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK AARON and GREGORY KIM, a minor by and through his guardian ad litem, Angel Refuerzo,<br><br>Plaintiffs,<br>vs.<br><br>TARGET CORPORATION, et al.,<br><br>Defendants. | **CASE NO. 2:22-cv-01237-MEMF (JPRx)**<br>*Hon. Maame Ewusi-Mensah Frimpong*<br><br>**NOTICE OF SETTLEMENT** |

1   TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS
2 OF RECORD HEREIN: PLEASE TAKE NOTICE that pursuant to Local Rule 40-2,
3 the Parties have agreed to settle this matter in its entirety.  The Parties are in the
4 process of preparing final settlement documentation.  Plaintiff anticipates requesting
5 dismissal within thirty (30) days of this Notice with respect to Defendant Target
6 Corporation; and within 180 days or 6 months of this Notice as to Defendants,
7 COUNTY OF LOS ANGELES and its employee deputies RAFAEL MEJIA and
8 MICHAEL RUSSELL, due to unavoidable delays caused by required governmental
9 protocol and approvals.

Date: February 1, 2024                ALEXANDER MORRISON + FEHR LLP

TONI JARAMILLA, A Professional Law Corp.

  /s/ J. Bernard Alexander, III
J. Bernard Alexander, III
Toni Jaramilla
Britt L. Karp
Counsel for Plaintiffs

1
NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I, Britt L. Karp, an employee in the City of Los Angeles, certify that on February 1, 2024, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

**1.     NOTICE OF SETTLEMENT**

| **COUNSEL FOR DEFENDANT**:<br>Craig Holden, Esq.<br>Caitlin Higgins, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>633 W. 5th Street, Suite 4000<br>Los Angeles, California 90071<br>T: 916.646.8215<br>F: 213.250.7900<br>E: craig.holden@lewisbrisbois.com<br>E: caitlin.higgins@lewisbrisbois.com | *CO-COUNSEL FOR PLAINTIFF:*<br>Toni J. Jaramilla, Esq.<br>Aaron A. Jansen, Esq.<br>TONI JARAMILLA, APC<br>1900 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>T: 310.551.3020<br>F: 310.551.3019<br>E: toni@tjjlaw.com |
|---|---|
| *COUNSEL FOR DEFENDANT:*<br>Elise H. Hur, Esq.<br>Amber Logan, Esq.<br>LOGAN MATHEVOSIAN & HUR LLP<br>3435 Wilshire Blvd., Suite 2740<br>Los Angeles, CA 90010<br>elisehur@lmhfirm.com<br>amberlagan@lmhfirm.com<br>lmh@lmhfirm.com<br>T: 213.365.2703 | |

February 1, 2024     ALEXANDER MORRISON + FEHR LLP

By:   *s/Britt L. Karp*
J. BERNARD ALEXANDER, III
Britt L. Karp
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Attorney for Plaintiffs,
MALIK AARON, and GREGORY KIM, a a minor, by and through his guardian ad litem ANGEL RUFUERZO