**TONI JARAMILLA, A Professional Law Corp.**
Toni J. Jaramilla, Esq. (SBN 174625)
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 551-3020 | F: (310) 551-3019
E-mail: Toni@tjjlaw.com

**ALEXANDER MORRISON + FEHR LLP**
J. Bernard Alexander, III (SBN 128307)
Britt L. Karp (SBN 278623)
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888 | F: (310) 394-0811
E: balexander@amfllp.com | bkarp@amfllp.com

Attorneys for Plaintiffs
MALIK AARON and GREGORY KIM, a minor
by and through his guardian ad litem, Angel Refuerzo

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK AARON and GREGORY KIM, a minor by and through his guardian ad litem, Angel Refuerzo,<br><br>     Plaintiffs,<br>  vs.<br><br>TARGET CORPORATION, a Minnesota corporation; COUNTY OF LOS ANGELES, a public entity,<br><br>     Defendants. | Case No: 2:22-cv-01237-MEMF-JPR<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

Pursuant to Local Rule 7-12 and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Malik Aaron and Gregory Kim ("Plaintiffs") and Defendants COUNTY OF LOS ANGELES, RAFAEL MEJIA and MICHAEL RUSSELL (collectively "Defendants") by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS** Plaintiffs and Defendants have reached a settlement and Defendants have satisfied payment of the settlement;

**WHEREAS** Defendant, VINCENT KRUSE was previously dismissed with prejudice;

**IT IS HEREBY STIPULATED** by and between the parties that all causes of action as to Defendants COUNTY OF LOS ANGELES, RAFAEL MEJIA and MICHAEL RUSSEL are hereby dismissed with prejudice pursuant to the parties' settlement agreement.

**IT IS SO STIPULATED.**

Dated: June 2, 2025			TONI JARAMILLA, APLC

					ALEXANDER MORRISON + FEHR LLP


					By:   *s/ Toni J. Jaramilla*
					      Toni J. Jaramilla
					      Bernard Alexander, III

					Attorneys for Plaintiffs

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL