1  **TONI JARAMILLA, A Professional Law Corp.**
   Toni J. Jaramilla, Esq. (SBN 174625)
2  1900 Avenue of the Stars, Suite 900
3  Los Angeles, California 90067
   T: (310) 551-3020 | F: (310) 551-3019
4  E-mail: Toni@tjjlaw.com

5
   **ALEXANDER MORRISON + FEHR LLP**
6  J. Bernard Alexander, III (SBN 128307)
7  Britt L. Karp (SBN 278623)
   1900 Avenue of the Stars, Suite 900
8  Los Angeles, California 90067
9  T: (310) 394-0888 | F: (310) 394-0811
   E: balexander@amfllp.com | bkarp@amfllp.com
10
11 Attorneys for Plaintiffs
   MALIK AARON and GREGORY KIM, a minor
12 by and through his guardian ad litem, Angel Refuerzo
13

14              IN THE UNITED STATES DISTRICT COURT
15
16              FOR THE EASTERN DISTRICT OF CALIFORNIA

17
18 | MALIK AARON and GREGORY KIM, | Case No: 2:22-cv-01237-MEMF-JPR |
19 | a minor by and through his guardian ad litem, Angel Refuerzo, | |
20 | | **ORDER RE: NOTICE OF SETTLEMENT AND JOINT STIPULATION FOR DISMISSAL** |
21 | Plaintiffs, | |
   | vs. | |
22 | TARGET CORPORATION, a Minnesota corporation; COUNTY OF LOS ANGELES, a public entity, | |
23 | | |
24 | Defendants. | |
25
26
27
28

ORDER FOR SETTLEMENT

# ORDER

The court hereby orders that all causes of action as to Defendants COUNTY OF LOS ANGELES, RAFAEL MEJIA and MICHAEL RUSSEL are hereby dismissed with prejudice pursuant to the parties' settlement agreement.

**IT IS SO ORDERED.**

DATED: June 5, 2025

_____

HONORABLE MAAME EWUSI-MENSAH FRIMPONG
District Judge